AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Jordi Ariel ZAVALA-Jimenez<br><br>_Defendant(s)_ | Case No: 25-523 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>March 22, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1326(a)(1)/(b)(2)(Re-Entry After Deport Agg Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of an aggravated felony, to wit: RAPE BY FORCE THREAT OR INTIMIDATION, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On March 22, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. The Agent questioned the Defendant as to his citizenship to which the Defendant stated that he was a citizen and national of Honduras, present in the United States without Immigration Documents that would allow him to be or remain in the United States legally. Processing at the Santa Teresa Station revealed that the Defendant had been previously deported to Honduras via Alexandria, LA on or about October 07, 2024. This was subsequent to an aggravated felony conviction for "RAPE BY FORCE THREAT OR INTIMIDATION" in the State of Virginia on or about January 27, 2021. There is no evidence that the Defendant received permission from the Appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

_Complainant's signature_

Saul H. Mendez, Agent
_Printed name and title_

Sworn to before me and signed in my presence.
— by telephone

Date: March 24, 2025

City and state: Las Cruces, N.M.

JERRY H. RITTER
U.S. MAGISTRATE JUDGE
_Printed name and title_